IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROMEO ROSAS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| vs. | § | C.A. NO. C-06-450 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| Director, Texas Department | § | |
| of Criminal Justice, | § | |
| Correctional Institutions | § | |
| Division, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

In accordance with this Courts' Order Adopting Memorandum and Recommendation to Grant Respondent's Motion for Summary Judgment, the Court hereby enters final judgment dismissing this action.

Signed on the 23rd day of March, 2007.

_____
Janis Graham Jack
United States District Judge